# Third District Court of Appeal

## State of Florida

Opinion filed February 11, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-3047
Lower Tribunal No. 12-48042
_____

**Manuel Chinchilla, etc., et al.,**
Petitioners,

vs.

**International Petrochemical Sales Limited, etc.,**
Respondent.

On Petition for Writ of Certiorari to the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Carey Rodriguez O'Keefe Milian Gonya, LLP, and Juan J. Rodriguez and David M. Levine, for petitioners.

Hogan Lovells US LLP, and Richard C. Lorenzo, Alvin F. Lindsay, and Yara Lorenzo, for respondent.

Before WELLS, LAGOA, and LOGUE, JJ.

PER CURIAM.

We deny the petition for certiorari and approve the trial court's order overruling exceptions to the carefully-crafted, narrowly-drawn, and well-reasoned report and recommendation of General Magistrate Elizabeth M. Schwabedissen.

Denied.